United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 13, 2013
Docket #: 12-3855pr
Short Title: Koehl v. Bernstein

DC Docket #: 10-cv-3808
DC Court: SDNY (NEW YORK CITY)
DC Judge: Gorenstein
Stein

# NOTICE OF SUBMISSION DATE
# FOR DETERMINATION OF APPEAL

**Submission Date:**     Monday, September 23, 2013.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.