CR

EDWARD KOEHL 94A2890
GREENHAVEN CF - BOX 4000
STORMVILLE NY 12582

8.20.13

U.S. COURT OF APPEALS - 2nd CIRCUIT
40 FOLEY SQ - NY NY 10007

ATT: CLERK'S OFFICE

RE: KOEHL V BERNSTEIN, 12-3855pr

Dear Sir/Madam:

I am the appellant in the above-entitled action.

Today, I received a notice from this Court dated 8.13.13. It was entitled "NOTICE OF SUBMISSION DATE FOR DETERMINATION OF APPEAL."

SUBMISSION DATE: MONDAY, SEPTEMBER 23, 2013

The notice further state: A motion to withdraw or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission......

Obviously this Court knows the rest of the paragraph and its meaning.
HOWEVER, I DO NOT! I am a pro se litigant who is suffering from a brain injury. I have no idea what the hell the notice means?

Am I required to do something?

Did something happen with this case to cause the Court to send the notice?

I would appreciate knowing what the NOTICE actually means. Not everybody speaks legal talk. To mean the Notice make absolutely no sense whatsoever!!!

Thanks for your time.

Yours etc.,

*/s/ Edward Koehl*
EDWARD KOEHL

2013 AUG 26 AM 11:33
U.S. COURT OF APPEALS

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF DUTCHESS )

_____, being duly sworn deposes and says:

I am the within mentioned defendant/petitioner and have served a copy of the following papers:

8.20.13 Letter to Clerk → What DOES 8/13/13 "NOTICE ~ SUBMISSION DATE FOR DETERMINATION OF APPEAL" MEAN?

Upon the below listed parties:

1) US ~~District~~ Court of Appeals clerks office 40 Foley Sq - NY NY 10007
2) NYS Attorney General – 120 Broadway NY NY 10271
3)

by placing the above in a post-paid envelope and depositing it in a United State Postal Mailbox located at Green Haven Correctional Facility, Stormville, New York 12582 on the _20_ day of _August_, 20_13_, as due and sufficient service.

_____

Sworn to before me this
_20_ day of _August_, 20_13_.

_Keith Sposato_
NOTARY PUBLIC

KEITH J. SPOSATO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SP6248188
Qualified in Putnam County
My Commission Expires September 19, 2015

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: _Gilbert Koehl_ DIN: _94A2850_
E-125

**GREENHAVEN**
☆
:RECTIONAL FACILITY

02 1A
0004623953   AU
MAILED FROM ZIPCODE 12582

Minus
Free
Legal



U.S. Court of Appeals
40 Foley Sq
New York NY 10007

1000781503   _To: Clerk Office_